# IN THE SUPREME COURT OF THE STATE OF NEVADA

IDILIO MONSIVAIS LOPEZ,
INDIVIDUALLY, D/B/A I.M.
PROPERTY PERSEVATION, A/K/A I.M.
HANDY,
Appellant,
vs.
FEDEX CORPORATE SERVICES, INC.,
Respondent.

No. 83683

**FILED**

NOV 17 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was docketed on October 26, 2021, without payment of the requisite filing fee. *See* NRAP 3(e). That same day, this court issued a notice directing appellant to pay the required filing fee or demonstrate compliance with NRAP 24 within 14 days. The notice advised that failure to comply would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, this appeal is dismissed. *See* NRAP 3(a)(2).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Carli Lynn Kierny, District Judge
Idilio Monsivais Lopez
Dubowsky Law Office, Chtd.
Eighth District Court Clerk

21-33105